DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY TAYLOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1017

[July 18, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 1992CF014834.

Anthony Taylor, Crawfordville, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN, and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***